# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Anthony Galbraith,<br><br>        Plaintiff,<br><br>v.<br><br>Dr. Michael Miney, et al.,<br><br>        Defendants. | Case No. 2:21-cv-00932-RFB-DJA<br><br>**Order** |

One of the Court's orders and a notice from the Court have been returned as undeliverable to Plaintiff Anthony Galbraith. (ECF No. 21). The return notice provides that Plaintiff is now at the Southern Desert Correctional Center. (*Id.*). Under Local Rule IA 1-3,

> [a]n attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanction as deemed appropriate by the court.

The Court will require Plaintiff to update his address within thirty days.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **December 16, 2022**. If he does not update his address by this date, the Court will recommend dismissal of this action.

DATED: November 16, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE